UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
METROPOLITAN LIFE INSURANCE COMPANY,

                       Plaintiff,

        -against-

STEPHEN McLEOD, LINDA JOHNSON, and M.H., a minor,

                       Defendants.
-----------------------------------------------------------X

**ORDER**
18 CV 197 (KAM) (CLP)

**POLLAK**, United States Magistrate Judge:

      In connection with its motion to deposit funds into the Court's registry, plaintiff Metropolitan Life Insurance Company ("MetLife") requested that the Court stay this action for ten months. (See Pl.'s Mot. at 2, May 3, 2018, ECF No. 8). In support of its request, MetLife explains that defendant M.H., who is currently a minor, will turn 18 in that time, after which MetLife expects to be able to locate his contact information and to serve him. (Id.)

      "The power to stay proceedings is incidental to the power inherent in every court to control the disposition pf the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Thomas v. N.Y.C. Dep't of Ed., No. 09 CV 5167, 2010 WL 3709923, at *2 (E.D.N.Y. Sept. 14, 2010) (quoting Landis v. N. Am. Co., 299 U.S. 248, 254 (1936)). A party seeking to stay proceedings bears the burden of demonstrating good cause for the stay. See id.; see also Fed. R. Civ. P. 26(c) (codifying the "good cause" standard with respect to a stay of discovery). In this case, plaintiff's inability to locate defendant M.H. while he remains a minor constitutes good cause. The request is therefore granted.

This action is Ordered stayed until March 1, 2019, at which time plaintiff MetLife shall file a status report. Should MetLife locate and serve M.H. before that time, it shall advise the Court in writing within ten days of service.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
May 15, 2018

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York